E. C. WEST v. NATHAN JOHNSON AND JOHNSON COTTON COMPANY.

(Filed 25 September, 1929.)

APPEAL by defendants from *Lyon, Emergency Judge,* and a jury, at April Term, 1929, of HARNETT. No error.

*Clifford & Williams for plaintiff.*
*James Best and R. L. Godwin for defendants.*

PER CURIAM. Plaintiff brings this action against defendants, alleging a written agreement between them, a performance on his part and a breach on the part of defendants. Defendants were to furnish plaintiff notes, judgments, accounts, etc., for plaintiff to collect on a basis of 25%. The plaintiff demanded judgment against defendants for $969.25, and interest.

The issues submitted to the jury and their answer thereto was as follows:

"Is the defendant due the plaintiff anything; if so, in what amount? Answer: $450 with interest."

From a careful inspection of the record, we do not think there is sufficient cause shown to disturb the verdict and judgment.

No error.